(TRANSLATION OF A CONTRACT DRAFT)

# EMPLOYMENT CONTRACT FOR LOCAL EMPLOYEES WORKING IN MISSIONS ABROAD

**First Party:** Consulate/Embassy of Republic of Iraq in Washington DC represented by Head of Mission (..Fareed Yaseen..) in his official capacity.

**Second Party:** Local Employee (..Mariam Agha..) of (..US..) Nationality, a holder of passport No. (...........) on (...........) issued by (...........) valid.

The first party and the second party agreed on the following:

### First: Employment:

1) I undertake that I don't receive any pension salary or social benefits; otherwise I shall assume the responsibility for all the legal consequences resulting therefrom.
2) I undertake that I shall submit a valid residence card of the country in which I live along with submitting a work permit issued by the local authorities of competence, in addition to submitting the non-conviction certificate.

### Second: Contract Period

After the approval of the Ministry's Headquarters to appoint the local employee in the mission, the contract period shall be for one year, starting from 1/5/2018 31-12-2018, as from the date of issuing the administrative order by the mission under No. (1075) on (9-11-23) and the commencement of work by the second party in the mission.

### Third: Contract Renewal:

The second party shall submit a written request to the Head of Mission, in which he declares his desire to renew the contract, a month prior to the its expiry, and this request is subject to the approval of the Head of Mission, and in case of approving it, the contract shall be renewed for one year with the same conditions and obligations, and upon not replying to the request by the Head of Mission within one month as from submitting it, the request shall be considered refused and accordingly the contract will not be renewed.

### Forth: Local Employee Obligations

1) The second party shall commit to perform the work assigned to him accurately, sincerely and honestly, he shall executes his duties with high competence and professionalism, and shall accept to be assigned to any work beyond the official working hours, specially upon the arrival of Iraqi delegations and he shall not request any additional amounts.
2) He is obliged to keep the dignity of his work according to the general norms and he shall behave with high ethics and respect for his coworkers in the mission, not mentioning his respect to the people who attend to the Mission's Headquarters to process their formalities.

3) The contractual person shall commit not disclose any information related to the mission that he may hear of during his work, whether to a person, board or organization, and whether for a personal benefit or any other interest, and he shall keep the information confidential and not disclose it.
4) The contractual person shall commit to abstain from any work or statement that may undermine the confidence in the mission or damage its reputation, and he shall commit not to make any statement or announcement regarding his work, whether thru newspapers, television or others, unless permitted by the first party in writing.
5) The second party shall commit not to take any official documents or papers to his house or any other public place, even if they were related to the work to which he is assigned, and he shall keep those documents and papers at the Mission's Headquarters, or else he will be subjected to legal accountability.
6) The local employee is not permitted to sleep at the Mission's Headquarters, and whenever is very necessary, the approval of the Ministry must be obtained.
7) The local employee shall not be provided with confirmation letters addressed " to whom it may concern", rather they shall be addressed to specific authorities, provided added to it a phrase indicating that (the mission shall not be responsible for any legal or financial obligations as result of borrowing or obtaining financial guarantees from banks and financial organizations made by the local employee.

### Fifth: Monthly Salary

1) The contracting with the local employees shall be in US Dollar currency.
2) The local employee upon the first employment shall earn the minimum salary of his grade.
3) The local employee earns a monthly salary of ( 3.0.7.5..) Dollars (to state the salary in writing).

### Sixth: Ordinary and Six Leaves

1) The second party shall enjoy all the official holidays and anniversaries decided in the mission.
2) The local employee shall be granted an ordinary leave for (30) continuous days with full salary, and what exceeds that shall be without salary, provided that it shall not be more than one month.
3) The local employee shall deserve a sick leave of (30) days with full salary, according to a medical report issued by a state hospital, and another two weeks according to a medical report certified by a state hospital, and what exceeds that will be without salary, provided that it shall not be more than one month.
4) The local employee shall enjoy his total balance of ordinary leaves and it is not permitted to request for a financial compensation against them and the unused leaves shall not carried forward to the next year.

## Seventh: End of Service Bonus

The local employee shall not be granted the end of service bonus unless the prevailing local laws stipulated that, and as follows:
1) If there is an unspecified legal obligation, the end of service bonus shall be a salary of one month for the first five years, and if service years are between five to ten years, the salary of two months shall be granted to him, and if more than ten years, he shall be granted the salary of three months only.
2) If there is legal obligation of specified rate, the end of service bonus shall be granted according to the local law.
3) If the second party applied for resignation due to private reasons, his service period stated in Para (1) above shall be taken into consideration upon granting him the end of service bonus.
4) The second party shall commit that in case of his absence from the official working hours without a legal excuse and not abiding by the instructions addressed to him, he shall be warned in writing and if he continued not abiding, he shall be warned for second time in writing and that shall result in forfeiting his end of service bonus.
5) In case the contractual person dies or becomes fully disabled, he or his family shall be granted the end of service bonus according to what is stated in Para (1) above.

## Eighth: Termination of Contract

This contract shall be terminated before the completion of its period in the following cases:

1) Approving the resignation of the contractual person based on his official written request.
2) The contractual person stops attending to work without a legal excuse accepted by the mission, for a continuous period exceeding ten days, and he shall not deserve the end of service bonus.
3) The non-competence of contractual person in accordance with the periodic qualification reports.
4) Punitive dismissal by the decision of the mission, when he violates the provisions of the contract concluded with him and he shall not deserve the end of service bonus.
5) Convicting the contractual person of any immoral crime and he shall not deserve the end of service bonus.
6) The death of the contractual person.
7) The contractual person becomes fully disabled that he cannot continue in the work.
8) When he reaches the age of (63), which is the legal age of retirement, without contradicting with the local law.



### Ninth: Copies of Contract

1) This contract shall be issued in four copies (in Arabic Language) and in four copies (in the language of country in which the local employee lives), provided that to certify the four copies (in the language of country in which local employee lives) with the Notary Public Department on the country in which the local employee lives. The mission shall keep two copies of the contract (in Arabic and in the language used by the local employee) and the other two copies (in Arabic language and in the language used by the local employee) shall be sent to the Administrative Department at the Ministry's Headquarters along with all the supporting official documents of the local employee in order to keep them in his personal file, while the fourth, which is in the language of the contractual person, shall be filed at the Notary Public Department that certified the contract.
2) This contract has been issued by the agreement and consent of both parties in the City of (Washington) on 9/23/2018 – 12/31/2018
   D.C.

**Second Party**
**The Contractual Person**

Name: Mariam Agha
Signature: [signature]
Date: 9/23/2018

**First Party**
**The Head of Mission**

Name: Fared Yassen
Signature: [signature]
Date: 9-23-18



4

## عقد عمل المستخدمين المحليين العاملين في بعثاتنا في الخارج

الطرف الاول :- سفارة / ممثلية / قنصلية جمهورية العراق في ..الولايات.المتحدة.الامريكية........ ويمثلها السيد (رئيس البعثة) ........جربوع.كامل.ياسين............ اضافة لوظيفته.

الطرف الثاني :- المستخدم المحلي ...مريم.محمد.حاجي.حسين.محراخ..

العنوان الوظيفي ..مترجمة........... جنسيته ..امريكية........يحمل جواز السفر المرقم .....568.768.197...... تاريخ صدوره في .....٢٧.ايلول.....٢٠١٧. الصادر من .وزارة.الخارجية.الامريكية. نافذ المفعول.

اتفق الطرفان على ما يلي :-

اولاً:- <u>التعيين</u> /

1) يتعهد الطرف الثاني بعدم استلامه لاي راتب تقاعدي او اعانات اجتماعية من جهة عراقية او اجنبية وبعكسه يتحمل كافة التبعات القانونية المترتبة على ذلك .

2) يتعهد الطرف الثاني بأن يقدم للبعثة هوية اقامة من البلد المقيم فيه سارية المفعول (لغير مواطني البلد) على ان لاتتضمن الاقامة بنداً يمنع صاحبها من العمل او تصريح عمل مع تقديم شهادة عدم محكومية او شهادة حسن السلوك واجازة سوق نافذة لمن يعين بصفة سائق .

ثانياً:- <u>مدة العقد</u> /

1) يعين الطرف الثاني على سبيل التجربة لمدة ثلاثة اشهر ويوقع العقد ابتداءً من تاريخ المباشرة وينتهي العقد بنهاية السنة .

2) بعد موافقة مركز الوزارة على تعيين المستخدم المحلي في البعثة يتم التعاقد معه وتكون مدة العقد (سنة واحدة) تبدأ من 1/1 وينتهي في 12/31 من كل سنة .

**ثالثاً :- تجديد العقد /**

- يتم تجديد العقد تلقائياً ويوقع عقداً جديداً وفي حال عدم رغبة احد الطرفين بتجديد العقد عليه اشعار الاخر قبل انتهاء العقد بمدة لاتقل عن ثلاثين يوماً او المدة التي يحددها القانون المحلي .

**رابعاً :- واجبات المستخدم المحلي /**

1) يلتزم الطرف الثاني بأن يؤدي العمل المنوط به بدقة واخلاص وامانة وان ينجز واجباته بكفاءة ومهنية عالية وان يقبل تكليفه بأي عمل خارج اوقات الدوام الرسمي وخاصة عند قدوم الوفود العراقية وعدم مطالبته بأية مبالغ اضافية.

2) يلتزم الطرف الثاني بأن يحافظ على كرامة عمله طبقاً للعرف العام وان يسلك في تصرفاته مسلكاً ينم عن سمو اخلاقه واحترامه للعاملين معه في البعثة فضلاً عن احترامه لابناء الجالية العراقية ومراجعي البعثة .

3) يلتزم الطرف الثاني بعدم افشائه اية معلومة تتعلق بالبعثة تناهت اليه اثناء تأديته لعمله سواء كان ذلك لفرد او هيئة او مؤسسة وسواء كانت لمنفعة شخصية او اي مصلحة اخرى ويجب عليه كتمان المعلومات وعدم البوح بها .

4) يلتزم الطرف الثاني بالامتناع عن اي عمل او تصريح يمكن ان يضعف الثقة في البعثة او يسيء الى سمعتها، كما يلتزم بعدم الادلاء بأي تصريح او بيان يتعلق بعمله سواء كان ذلك عن طريق الصحف او

وسائل الاعلام او غير ذلك من وسائل النشر، الا ان يكون مصرحاً له بذلك كتابةً من الطرف الاول.

5) يلتزم الطرف الثاني بعدم استصحاب اية اوراق رسمية او مستندات الى خارج مقر البعثة حتى ولو كانت خاصة بعمل مكلف به وان يحفظ تلك الاوراق والمستندات في مقر البعثة، وفي حال مخالفة ذلك يحق للطرف الاول اتخاذ الاجراءات القانونية بحقه وإنهاء العقد اصولياً.

6) عدم مطالبة المستخدم المحلي بكتب تأييد معنونة الى من يهمه الامـر وانما الى جهة محـددة شرط ان يتم ادراج عبارة تشير الى (عدم مسؤولية البعثة عن اية اعباء او التزامات مالية او قانونية تترتب على ذلك التأييد).

خامساً:- <u>الراتب الشهري/</u>

1) يكون التعاقد مع الطرف الثاني بالدولار الامريكي.

2) يتقاضى الطرف الثاني عند التعيين لاول مرة راتب الحد الادنى لدرجته او الراتب المحدد من مركز الوزارة.

3) يتقاضى الطرف الثاني راتباً شهرياً مقداره (.........٣١٥٠......) دولاراً ويذكر الراتب الشهري كتابةً(..................................).
ثلاثة الاف ومائه واثنان وخمسون

سادساً:- <u>الاجازات الاعتيادية والمرضية/</u>

1) يتمتع الطرف الثاني بجميع العطل والاعياد الرسمية المقررة في البعثة.

2) يمنح الطرف الثاني اجازة اعتيادية لمدة (30) يوماً براتب تام سواء كانت مستمرة او متقطعة ومازاد عنها بدون راتب على ان لايتجاوز الشهر.

3) يستحق الطرف الثاني اجازة مرضية لمدة (30) يوماً براتب تام ويتقرير طبي صادر من مستشفى حكومي او اهلي ومصدق عليه من

3 - 6

ادارة المستشفى ونقابة الاطباء في ذلك البلد، و(15) يوماً بنصف راتب وما زاد عنها بدون راتب على ان لايتجاوز الشهر.

4) الزام الطرف الثاني بالتمتع باجازاته الاعتيادية خلال السنة وعدم امكانية تدويرها الى السنة التالية وفق الضوابط والتعليمات .

5) يستحق الطرف الثاني (من الاناث) اجازة الوضع والولادة مدة لاتزيد على (72) اثنين وسبعين يوماً براتب تام .

سابعاً:- مكافأة نهاية الخدمة/

1) يمنح الطرف الثاني مكافأة نهاية الخدمة راتب شهر واحد (آخر راتب تقاضاه) عن كل سنة خدمة.

2) في حال طلب الطرف الثاني الاستقالة من العمل لاسباب خاصة فأنه يراعى بذلك مدة خدمته الواردة في الفقرة (1) اعلاه عند منحه مكافأة نهاية الخدمة وضوابط عمل المستخدمين المحليين 2019 .

3) عند غياب الطرف الثاني عن الدوام الرسمي بدون عذر مشروع وعدم التزامه بالاوامر الموجهة له يتم انذاره خطياً بضرورة الالتحاق بالعمل خلال (عشرة ايام) ويبلغ بالطرق الرسمية في ذلك البلد، وفي حال استمراره بعدم الالتزام ينذر مرة ثانية خطياً بضرورة الالتحاق بعمله خلال ثمانية واربعين ساعة يترتب على ذلك انهاء خدماته على ان تعلم البعثة مركز الوزارة بهذه الاجراءات.

4) في حال وفاة الطرف الثاني او اصابته بالعجز الدائم او انهاء خدماته بسبب بلوغه سن التقاعد او خفض ملاك المستخدمين المحليين او غلق البعثة يتم منحه او ورثته مكافأة نهاية الخدمة وفق الفقرة (1) اعلاه .

ثامناً:- انهاء العقد/

ينتهي العقد قبل اكمال مدته في الحالات التالية :-

1) قبول استقالة المستخدم المحلي بناءً على طلبه بصورة رسمية تحريرية.

2) انقطاع المتعاقد عن العمل دون عذر مشروع تقبله البعثة حسب الفقرة (3) من سابعاً.

3) الفصل التأديبي بقرار من البعثة عند مخالفته احكام العقد المبرم معه ولايستحق مكافأة نهاية الخدمة.

4) الحكم على الطرف الثاني بجريمة ما تجعله من غير المناسب استمراره العمل في البعثة حيث لايستحق مكافأة نهاية الخدمة .

5) وفاة المتعاقد .

6) اصابة الطرف الثاني بالعجز الدائم بحيث يتعذر علية الاستمرار في العمل .

7) غلق البعثة او تخفيض عدد العاملين فيها.

تاسعاً:- تحرير العقد/

1) يحرر هذا العقد بنسختين (باللغة العربية واللغة الانكليزية) وبالامكان اضافة نسخة ثالثة باللغة المحلية في الدولة المقيم فيها المستخدم المحلي ويعطى له نسخة من العقد وترسل النسخ الاخرى الى الدائرة الادارية في مركز الوزارة مع كافة المستمسكات الثبوتية الرسمية للمستخدم المحلي لغرض حفظها في اضبارته الشخصية.

2) يعد هذا العقد صيغة رضائية يلزم الطرفين.

3) تــم تحريــر هـذا العقـد بموافقة ورضا الطرفين فـي مدينة ...واشنطن......... بتاريخ ١ / ٦ / 2019 .

| الطرف الثاني | | الطرف الاول | |
|---|---|---|---|
| المستخدم المحلي / | مريم محمد كاي حسن محمد اني | البعثة / | |
| الاســم / | مريم محمد كاي حسن محمد اني | الاســم / | |
| التوقيـع / | (توقيع) | التوقيع / | (توقيع وختم) |
| البصمة / | (بصمة) | ختم البعثة / | |
| التاريخ / | ۲۰۱۹/٦/١ | التاريخ / | |

6 - 6

| الطرف الثاني | | الطرف الاول | |
|---|---|---|---|
| المستخدم المحلي / | مريم محمد نائي حسن محمد العنا | البعثة / | |
| الاســم / | مريم محمد نائي حسن محمد العنا | الاســم / | |
| التوقيـع / | (signature) | التوقيع / | (signature) |
| البصمة / | (fingerprint) | ختم البعثة / | (embassy seal) |
| التاريخ / | ٢٠١٩/٦/١ | التاريخ / | |




# Certification of Translation Accuracy

Translation of **Work Contract** from **Arabic** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_____

Mike Bortscheller
Authorized Representative
Order Date: February 26, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

Order #36518-5731403    Page 1 of 6


+1 206-672-5052 | support@rushtranslate.com


# Work Contract for local employees working in our missions abroad

First party: Embassy / Representation / Consulate of the Republic of Iraq in:
**The United States of America.**
It is represented by the head of the mission, in addition to his position, Mr.:
**Farid Kamel Yassin**.

Second Party: The local employee:
**Mariam Mohamad Najati Mohsin Mohamad Agha.**
Job title: **Translator**. Nationality: **American**. Holder of passport No.: **568768197**, Date of issue: **September 27, 2017**, Issued by: **US Department of State**, and still valid.

The two parties agreed to the following:

### First: Recruitment:

1) The second party undertakes not to receive any retirement salary or social aid from any Iraqi or foreign party. In the event of a violation of this clause, they shall bear all legal consequences resulting from that.

2) The second party undertakes to provide the mission with a valid residence ID from the country in which they reside (for non-citizens of the country), provided that the residency does not include a clause that prevents its holder from working, or submitting a work permit, along with submitting a certificate of non-criminal record or a certificate of good behavior, and a valid driver's license for those appointed as a driver.

### Second: Contract duration:

1) The second party is appointed on a trial basis for a period of three months and signs the contract that starts from the date they start work, and the contract expires at the end of the year.

2) After the Ministry Department approves the appointment of the local employee in the mission, the employee will be contracted and the contract period will be (one year) starting from 1/1 and ending on 12/31 of each year.




**Third: The contract renewal:**

- The contract is renewed automatically and a new contract is signed. If one of the parties does not wish to renew the contract, they must notify the other party no less than thirty days before the end of the contract, or the period specified by the local law.

**Fourth: Duties of the local employee:**

1) The second party is committed to perform the work assigned to them accurately, sincerely, and honestly, to carry out their duties with efficiency and professionalism, to accept the assignment to any work outside official working hours, especially when Iraqi delegations arrive, and not to demand any additional amounts.

2) The second party is committed to preserving the dignity of their work in accordance with public custom and to conduct their actions in a manner that reflects his high morals and respect for those working with them in the mission, in addition to their respect for the members of the Iraqi community and the mission visitors.

3) The second party is committed not to disclose any information they learn from their work related to the mission while performing their work, whether this is related to an individual, body or institution, and whether this is for personal interest or for any other interest, and they must conceal the information and not disclose it.

4) The second party is committed to refraining from any action or disclosure that could weaken confidence in the mission or harm its reputation, they also committed not to make any disclosure or statement related to their work, whether through newspapers, media, or other publishing methods, unless they are authorized to do so in a written declaration by the first party.

5) The second party is committed not to take any official papers or documents outside the mission headquarters, even if they are related to the work assigned to them, and to keep those papers and documents at the mission headquarters. In the event that they violate this, the first party has the right to take legal measures against them and terminate their contract.

6) The local employee cannot request a written endorsement addressed to "To Whom It May Concern," but rather to a specific party, provided that a phrase is included indicating that the mission is not responsible for any financial or legal consequences or obligations resulting from that endorsement.




**Fifth: Monthly salary:**

1) The contract with the second party shall be in US dollars.

2) When appointed for the first time, the second party shall receive the minimum salary for their rank or the salary specified by the Ministry Department.

3) The second party receives a monthly salary of: (**3,152**) US dollars. The monthly salary in writing: (**three thousand one hundred and fifty-two**) US dollars.

**Sixth: Regular and sick leaves:**

1) The second party shall be granted all off days and official holidays scheduled in the mission.

2) The second party shall be granted regular leaves for a period of (30) days with full salary, whether continuous or intermittent, and anything more than that is without salary, provided that it does not exceed one month.

3) The second party is entitled sick leaves for a period of (30) days with full salary and with a medical report issued by a government or private hospital and certified by the hospital administration and the doctors' union in that country, in addition to (15) days with half salary, and anything more than that is without salary, provided that it does not exceed one month.

4) The second party is obligated to take their regular leaves during the year, and it is not possible to move them to the following year in accordance with the laws, and regulations.

5) The second party, if female, is entitled to maternity and childbirth leave for a period not exceeding (72) days with full salary.

**Seventh: End of service bonus:**

1) The second party shall be granted an end of service bonus in the amount of one month salary (the last salary they received) for each year of service.

2) If the second party requests to resign from work for special reasons, then will take into account their period of service in accordance with clause (1) above when granting them the end of service bonus, as well as the 2019 work regulations for local employees.

 

3) If the second party absent from official work without a legitimate excuse and does not comply with the orders directed to them, they will be warned in writing that they have to return to work within (ten days). They will be informed through the official communication methods in that country, and if they continue to fail to comply, they will be warned again in writing that they have to return to work within forty-eight hours or this will result in the termination of their services, provided that the mission informs the Ministry Department of these procedures.

4) In the event of the death of the second party, permanent disability, termination of their service due to reaching retirement age, reduction of local employees, or closure of the mission, then they or their heirs will be granted an end of service bonus in accordance with clause (1) above.

**<u>Eighth: Termination of the contract:</u>**

The contract will be terminated before completing its duration in the following cases:

1) Accepting the resignation of the local employee upon their request in an official written manner.

2) The contractor's absence from work without a legitimate excuse accepted by the mission in accordance with clause (3) of Seventh.

3) Disciplinary dismissal by decision of the mission if they violate the provisions of the contract concluded with them, and they will not be entitled to the end of service bonus.

4) The second party has been convicted of a crime that makes it inappropriate to continue working in the mission, and they will not be entitled to the end of service bonus.

5) Death of the contractor.

6) The second party becomes permanently disabled in a manner that they will not be able to continue working.

7) Closing the mission or reducing the number of its employees.




**Ninth: The contract issuance:**

1) This contract shall be issued in two copies (in Arabic and English), and a third copy may be issued in the local language for the country in which the local employee resides. A copy of the contract shall be given to them and the other copies shall be sent to the administrative department at the Ministry Department along with all the official identification documents of the local employee for the purpose of keeping them in the employee personal file.

2) This contract is a consensual form both parties agree upon and are bound by.

3) This contract was issued with the consent of both parties in the city of: **Washington, D.C.**, on: **June 1, 2019**.

## Second Party

Local employee:    **Mariam Mohamad Najati Mohsin Mohamad Agha**
Name:    **Mariam Mohamad Najati Mohsin Mohamad Agha**
Signature:    **[SIGNATURE]**
Fingerprint:    **[FINGERPRINT]**
Date:    **June 1, 2019**

## First Party

The Mission:
Name:
Signature:    **[SIGNATURE]**
The mission stamp:    **[STAMP: Embassy of the Republic of Iraq - Washington]**
Date: