سفارة جمهورية العراق في العاصمة واشنطن

السيد القائم بالأعمال د. سلوان سنجاري المحترم

الموضوع؛ إنهاء خدمات

تحية طيبة،

أرجوا التفضل بالموافقة على طلب استقالتي هذا وإنهاء خدماتي مع سفارة جمهورية العراق الموقرة ليكون اخر يوم عمل لي مع السفارة هو الحادي والثلاثون من شهر مايس/ايار للعام 2023. كما ارجو الموافقة على صرف مكافأة نهاية الخدمة الخاصة بي وفقاً للفقرة الثانية/البند السابع من العقد المبرم بيني وبين سفارة جمهورية العراق في العاصمة واشنطن.

بهذه المناسبة اود ان أعرب عن تقديري وامتناني للسفارة ولكافة الزملاء والعاملين فيها على الدعم وعلى الروح المهنية العالية التي اظهروها طوال سنوات خدمتي معهم.

أتمنى للجميع دوام النجاح والازدهار ولكم مني جزيل الاحترام والتقدير .

مريم آغا
العاصمة واشنطن
26 نيسان 2023

The Embassy of the Republic of Iraq in Washington DC

The Honorable Chargé d'Affairs, Dr. Salwan Sinjari

Subject: Resignation

Greetings,

I kindly request your approval on my request for resignation and the termination of my services with the Embassy of the Republic of Iraq. My last day of work with the Embassy would be on the thirty-first of May 2023. Additionally, I request your approval for the disbursement of my end-of-service benefits in accordance with paragraph (2)/clause (7) of the contract established between me and the Embassy of the Republic of Iraq in Washington, D.C.

I would also like to take this opportunity and express my appreciation and gratitude to the Embassy and all of my colleagues for their unwavering support and high level of professionalism throughout my tenure with them.

I extend my best wishes for continued success and prosperity to everyone at the Embassy.

With my utmost respect and appreciation,

Mariam Agha (*signature*)

Washington DC

April 26, 2023