28 USC 1608 Summons
12/11

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARIAM AGHA )
*Plaintiff* )
)
v. )    Civil Action No. 1:24-CV-874
REPUBLIC OF IRAQ )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*  The Republic of Iraq
Attn: Fuad Hussein, Minister of Foreign Affairs
89CQ+4J9 بغداد ،alsalhiya, 00964, Iraq


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Francisco Mundaca
The Spiggle Law Firm, P.C.
3601 Eisenhower Ave, Suite 425, Alexandria, VA 22304 449-8527 )202(
Attorney for Mariam Agha


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*