**DELIVERED**

# Monday

4/8/24 at 3:00 PM

Signed for by: A.YASIR

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✅

🔍 **Report missing package**

**TRACKING ID**

775715168042 ✏️ ⭐ 📋

**FROM**

THERESA JACOBSEN
3601 EISENHOWER AVE. SUITE 425
ALEXANDRIA, VA US 22304
2024498527

*Label Created*
3/27/24 1:10 PM

**WE HAVE YOUR PACKAGE**
WASHINGTON, DC
4/1/24 6:29 PM

**ON THE WAY**
BAGHDAD IQ
4/8/24 10:14 AM

**OUT FOR DELIVERY**
BAGHDAD IQ
4/8/24 10:41 AM

**DELIVERED**
FUAD HUSSEIN, MINISTER OF FOR. AFF
THE REPUBLIC OF IRAQ
89CQ+4J9 ALSALHIYA 00964
BAGHDAD, IQ
964

Delivered
4/8/24 at 3:00 PM

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

| YOUR EMAIL | SUBMIT |

✗ Your email is a required field.

**MORE OPTIONS**

## Commodity Information ⌃

**COUNTRY OF MANUFACTURING**
US

**HARMONIZED CODE(S)**

**DESCRIPTION**
BUSINESS DOCUMENT

## Shipment facts ⌃

### 📦 Shipment overview

**TRACKING NUMBER**   775715168042

**DELIVERED TO**   Receptionist/Front Desk

**SHIP DATE** ⓘ   4/1/24

**STANDARD TRANSIT** ⓘ   4/16/24 before 8:00 PM

**DELIVERED**   4/8/24 at 3:00 PM

### 🚚 Services

**SERVICE**     FedEx International Economy

**TERMS**     Shipper

**SPECIAL HANDLING SECTION**     Deliver Weekday

## Package details

**WEIGHT**     1 lbs / 0.45 kgs

**TOTAL PIECES**     1

**TOTAL SHIPMENT WEIGHT**     1 lbs / 0.45 kgs

**PACKAGING**     Your Packaging

↑ Back to top

## Travel history

Ascending

Local Scan Time

**Wednesday, 3/27/24**

- 1:10 PM
  **Shipment information sent to FedEx**

**Monday, 4/1/24**

- 6:29 PM
  **Picked up**
  WASHINGTON, DC

- 8:48 PM
  **Left FedEx origin facility**

WASHINGTON, DC

Tuesday, 4/2/24

- 9:18 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN

- 4:58 PM
  **On the way**
  MEMPHIS, TN

- 10:59 PM
  **On the way**
  MEMPHIS, TN

Wednesday, 4/3/24

- 4:13 AM
  **On the way**
  MEMPHIS, TN

- 4:14 AM
  **Departed FedEx hub**
  MEMPHIS, TN

Thursday, 4/4/24

- 5:25 AM
  **On the way**
  DUBAI WORLD CENTRAL (DWC) AE

- 5:25 AM
  **On the way**
  DUBAI WORLD CENTRAL (DWC) AE

- 6:53 AM
  **On the way**
  DUBAI WORLD CENTRAL (DWC) AE

Friday, 4/5/24

- 2:58 PM
  **Clearance in progress**

BAGHDAD IQ

### Saturday, 4/6/24

- 3:45 PM
  **Clearance in progress**
  BAGHDAD IQ

### Sunday, 4/7/24

- 3:30 PM
  **Clearance in progress**
  BAGHDAD IQ

### Monday, 4/8/24

- 10:00 AM
  **On the way**
  Package available for clearance
  BAGHDAD IQ

- 10:05 AM
  **International shipment release - Import**
  BAGHDAD IQ

- 10:14 AM
  **At local FedEx facility**
  BAGHDAD IQ

- 10:41 AM
  **On FedEx vehicle for delivery**
  BAGHDAD IQ

- ✓ 3:00 PM
  **Delivered**
  BAGHDAD IQ

↑ Back to top