

Shipping  Tracking  Design & Print  Locations  Support

Sign Up or Log In

## FedEx® Tracking

Track Another Shipment    Local Scan Time    Help




**DELIVERED**
Tuesday
7/30/24 at 4:00 PM

Signed for by: A.YASIR

Obtain proof of delivery

Want updates on this shipment? Enter your email and we will do the rest!
Your email

SUBMIT

MORE OPTIONS

**DELIVERY STATUS**
Delivered ✓

Report missing package

**TRACKING ID**
777404637938

**FROM**
ALEXANDRIA, VA US
*Label Created*
7/15/24 4:07 PM

**WE HAVE YOUR PACKAGE**
WASHINGTON, DC
7/22/24 7:29 PM

**ON THE WAY**
BAGHDAD IQ
7/29/24 4:15 PM

**OUT FOR DELIVERY**
BAGHDAD IQ
7/30/24 9:43 AM

**DELIVERED**
BAGHDAD, IQ
*Delivered*
7/30/24 at 4:00 PM

View travel history

## Shipment facts

### Shipment overview

| | |
|---|---|
| **TRACKING NUMBER** | 777404637938 |
| **DELIVERED TO** | Receptionist/Front Desk |
| **SHIP DATE** | 7/22/24 |
| **STANDARD TRANSIT** | 8/7/24 before 8:00 PM |
| **DELIVERED** | 7/30/24 at 4:00 PM |

### Services

| | |
|---|---|
| **SERVICE** | FedEx International Economy |
| **TERMS** | Shipper |

| | |
|---|---|
| **SPECIAL HANDLING SECTION** | Deliver Weekday |

 **Package details**

| | |
|---|---|
| **WEIGHT** | 1 lbs / 0.45 kgs |
| **TOTAL PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1 lbs / 0.45 kgs |
| **PACKAGING** | Your Packaging |

↑ Back to top

## Travel history

**SORT BY DATE/TIME:** Ascending
**Time zone:** Local Scan Time

| Date | Time | Event | Location |
|---|---|---|---|
| Monday, 7/15/24 | 4:07 PM | Shipment information sent to FedEx | |
| Monday, 7/22/24 | 7:29 PM | Picked up | WASHINGTON, DC |
| | 8:56 PM | Left FedEx origin facility | WASHINGTON, DC |
| Tuesday, 7/23/24 | 8:30 AM | Arrived at FedEx hub | MEMPHIS, TN |
| | 4:49 PM | On the way | MEMPHIS, TN |
| | 11:13 PM | On the way | MEMPHIS, TN |
| Wednesday, 7/24/24 | 2:39 AM | On the way | MEMPHIS, TN |
| | 3:55 AM | Departed FedEx hub | MEMPHIS, TN |
| | 4:59 AM | On the way | MEMPHIS, TN |
| Thursday, 7/25/24 | 4:30 AM | On the way | DUBAI WORLD CENTRAL (DWC) AE |
| | 4:31 AM | On the way | DUBAI WORLD CENTRAL (DWC) AE |
| | 4:31 AM | On the way | DUBAI WORLD CENTRAL (DWC) AE |
| Friday, 7/26/24 | 1:24 PM | Clearance in progress | BAGHDAD IQ |
| Saturday, 7/27/24 | 2:37 PM | Clearance in progress | BAGHDAD IQ |
| Sunday, 7/28/24 | 3:45 PM | Clearance in progress | BAGHDAD IQ |
| Monday, 7/29/24 | 10:30 AM | On the way<br>Package available for clearance | BAGHDAD IQ |
| | 10:34 AM | International shipment release - Import | BAGHDAD IQ |
| | 10:36 AM | At local FedEx facility | BAGHDAD IQ |
| | 2:00 PM | Delay<br>Package at station, arrived after courier dispatch. | BAGHDAD IQ |
| | 4:15 PM | At local FedEx facility | BAGHDAD IQ |
| Tuesday, 7/30/24 | 9:43 AM | On FedEx vehicle for delivery | BAGHDAD IQ |

| | | | |
|---|---|---|---|
| 4:00 PM | Delivered | | BAGHDAD IQ |

[↑ Back to top](#)

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX**

     

© FedEx 1995-2024        Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices