

Zachary Aman <zaman@spigglelaw.com>

---

# Agha v. Republic of Iraq 1:24-cv-00874-APM

---

**Zachary Aman** <zaman@spigglelaw.com>                                        Fri, Jul 12, 2024 at 12:08 PM
To: Ali Fadhel <ali.ali@iraqiembassy.us>, Dr Duraid Abbas <drduraid.abbas@iraqiembassy.us>
Cc: Scott Caslow <scott.caslow@fayadlaw.com>, Allison Wolford <awolford@spigglelaw.com>
Bcc: Maya Nahmias <mnahmias@spigglelaw.com>

Dr. Abbas and Mr. Fadel,

I have filed a Motion for Default Judgment and Memorandum in Support of the same. As no attorney has filed a notice of appearance in the case for the Republic of Iraq, I am providing a courtesy copy attached. If you are still interested in discussing settlement, please contact me as soon as possible.

Thank you,

On Fri, Jul 5, 2024 at 2:27 PM Zachary Aman <zaman@spigglelaw.com> wrote:
Hi Scott,

Thank you for making the connection in hopes of guiding the negotiations along.

Dr. Abbas and Mr. Fadhel,

I trust that Scott has updated you on where this case stands procedurally. A default has been entered against the Republic of Iraq in the District Court of DC. I plan next week to file a motion for default judgment for the full $90,350 plus attorney fees as outlined in the complaint filed on April 1 that the Republic of Iraq failed to answer.

To date, I am only aware of an offer of $15,000 made directly to my client, which she rejected. As a show of good faith in responding to what we did not consider to be a serious offer, the client is willing to settle by taking attorney's fees off the table and reducing her overall demand to $90,000. If you would like to discuss this further, please let me know.

Thank you,

On Fri, Jul 5, 2024 at 8:34 AM Scott Caslow <scott.caslow@fayadlaw.com> wrote:
Good morning Zachary,

I hope you enjoyed your holiday. I spoke with my contacts at the Embassy and the legal department there has asked that I connect them with you directly so that the settlement negotiations can proceed in a more efficient manner. As such, I have CCed Mr. Ali Fadhel, Second Secretary for the Legal Department of the Embassy, and Dr. Duraid Abbas, the Deputy Chief of Mission for the Embassy. I have also CCed my managing partner Dr. Nash Fayad so that he is in the loop as to what is progressing. Please feel free to CC me on any email communications between you and the Embassy, but you may also contact the Embassy by phone without including me in the phone conversation if that is what is required for the negotiation. I appreciate your consideration in this matter and am happy to assist in the future in any way I can.

Best,

Scott Caslow

--
**Scott Caslow**
Associate Attorney
8501 Mayland Drive
Richmond, VA 23249
t. 804.249.4747



This message contains confidential information and may contain information that is protected by the attorney-client or other legal privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately delete it from your system without copying it, and notify the sender by replying to the message.



--
Zachary S. Aman
Associate Attorney
The Spiggle Law Firm, PC
3601 Eisenhower Ave., Suite 425
Alexandria, VA 22304
Book an Appointment

Admitted to practice in the District of Columbia.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

--
Zachary S. Aman
Associate Attorney
The Spiggle Law Firm, PC
3601 Eisenhower Ave., Suite 425
Alexandria, VA 22304
Book an Appointment

Admitted to practice in the District of Columbia.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**3 attachments**

 **Motion for Default Judgment.pdf**
89K

 **Agha Affidavit - Signed.pdf**
1042K

 **MISO Motion for Default Judgment.pdf**
177K